IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DIANNE BOOKER, | ) | 4:14CV3126 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | MEMORANDUM |
| | ) | AND ORDER |
| THE STATE OF NEBRASKA and | ) | |
| STEVE UROSEVICH, individually | ) | |
| and in his official capacity; | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

This matter is before the court on the findings and recommendation filed on August 4, 2014 (filing 10), by Magistrate Judge Cheryl R. Zwart, who recommends: (1) that the plaintiff's request for remand to the District Court of Lancaster County, Nebraska, be granted; and (2) that the plaintiff's request for costs and attorney fees incurred in filing the motion for remand be denied.

No objections have been filed to the findings and recommendation within the time permitted by 28 U.S.C. § 636(b)(1). In any event, I have conducted a de novo review and find that Judge Zwart has correctly found the facts and applied the law. Her findings and recommendation therefore will be adopted.

Accordingly,

IT IS ORDERED:

1. The magistrate judge's findings and recommendation (filing 10) are adopted.

2. The plaintiff's motion for remand (filing 4) is granted.

3. The plaintiff's request for costs and attorney fees associated with the filing of the motion for remand (filing 5) is denied.

4. The clerk of the court shall mail a certified copy of this order, and of the magistrate judge's findings and recommendation, to the District Court of Lancaster County, Nebraska, and may take any other action necessary to effectuate the remand.

5. Final judgment will be entered by separate document.

September 3, 2014. BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge